UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAROLD BLACKWOLF, SR.,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No.  CV-11-3022-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 21) |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 22**). Cory Brandt represents plaintiff. Special Assistant United States Attorney Mathew W. Pile represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 7).

    After considering the stipulated motion (ECF No. 21), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will give Plaintiff the opportunity to present additional or updated medical evidence.

    2. The ALJ will further evaluate Plaintiff's ability to perform his past relevant work under 20 C.F.R. § 404.1560 and SSR 82-63.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

3. The ALJ will obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's occupational base.

4. Before relying on the VE's testimony, the ALJ shall identify and resolve any conflict between the information in the DOT and the occupational evidence provided by the VE.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

**IT IS FURTHER ORDERED**:

1. The parties' stipulated motion for an order of remand pursuant to sentence four (ECF No. 21) is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 22nd day of December, 2011.

                                              *s/James P. Hutton*
                                              JAMES P. HUTTON
                               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2