# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

HAROLD BLACKWOLF, SR.,            )
                                 )
                  Plaintiff,     )
                                 )          NO.  CV-11-3022-JPH
        vs.                      )
                                 )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,               )          **CIVIL CASE**
Commissioner of Social Security, )
                                 )
                  Defendant.     )
                                 )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this  22nd  day of  December, 2011.

                    JAMES R. LARSEN
                    District Court Executive/Clerk

                    by: __s/ Karen White_____
                           Deputy Clerk

cc: all counsel